**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Luis Maykel Rodriguez Diaz,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02805-JAD-MDC

**Order Granting Motion to Dismiss Case as Duplicative**

[ECF No. 9]

Petitioner Luis Maykel Rodriguez Diaz filed this petition for federal habeas corpus relief from his immigration detention. I appointed the Federal Public Defender (FPD) as counsel and ordered the FPD to file an amended petition or a motion to dismiss if necessary.[1] On September 23, 2026, counsel filed a motion to dismiss this case as duplicative, explaining that Rodriguez Diaz filed a similar petition in Case No. 2:26-cv-01262-GMN-EJY.[2] The FPD is also representing Rodriguez Diaz in that case and confirms that, though the pro se pleadings are not identical, "the petition in both cases raise the same habeas claims arising out of his current ICE detention and pending immigration proceedings."[3] With good cause appearing, IT IS ORDERED that petitioner's motion to dismiss **[ECF No. 9] is GRANTED** and **this case is DISMISSED** without prejudice as duplicative. **The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
September 24, 2026

[1] ECF No. 3.

[2] ECF No. 9.

[3] *Id.*